UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES ANDREW BUKOVSKY,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

CASE NO. C12-5875 RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 16th day of October, 2012.

J. Richard Creatura
United States Magistrate Judge