1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES ANDREW BUKOVSKY,

            Petitioner,

   v.

MAGGIE MILLER-STOUT,

            Respondent.

CASE NO. C12-5875 RBL-JRC

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME

13  The District Court has referred this petition for a writ of habeas corpus to United States

14  Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A)

15  and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state

16  conviction. The petition is therefore filed pursuant to 28 U.S.C. § 2254.

17  Respondent asks for an extension of time to file an answer (ECF No. 11). Respondent's

18  counsel explains that he is waiting for state court records. Respondent shows good cause for the

19  extension of time. The Court grants the motion.

20  Respondent's answer will be due on or before December 28, 2012.

21  Dated this 26th day of November, 2012.

22
23
                                      J. Richard Creatura
24                                       United States Magistrate Judge