UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES ANDREW BUKOVSKY,

          Petitioner,

   v.

MAGGIE MILLER-STOUT,

          Respondent.

CASE NO. C12-5875 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This petition is denied. Petitioner's challenge to the jury instructions is a state law issue that does not rise to the level of any constitutional challenge.

(3) No certificate of appealability will be issued

DATED this 26th day of February, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1